JOHN BALAZS, Bar No. 157287
Attorney At Law
916 Second Street, Suite F
Sacramento, California 95814
Telephone: (916) 447-9299
John@Balazslaw.com

Attorney for Defendant
JOSHUA COFFMAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-08-0093-FCD |
| Plaintiff, ) | STIPULATION AND ORDER TO AMEND WRITTEN SPECIAL CONDITIONS OF RELEASE FOR JOSHUA COFFMAN |
| v. ) | |
| JOSHUA COFFMAN, ) | |
| Defendant. ) | |

Defendant Joshua Coffman, through his attorney John Balazs, and the United States, through its attorney, Assistant U.S. Attorney Ellen V. Endrizzi, hereby stipulate and request that the Court amend Mr. Coffman's written "Special Conditions of Release," which was filed April 15, 2008 (document 75), as follows:

    9. You shall not have contact with the co-defendants in this case, with the exception of Justin Wiley, unless in the presence of defense counsel.

All other conditions shall remain in effect.

///
///
///

U.S. Pretrial Services Officer Gina Faubion concurs with this request.

**IT IS SO STIPULATED**.

DATE: May 21, 2008                /s/ John Balazs
                                  JOHN BALAZS
                                  Attorney for Defendant
                                  JOSHUA COFFMAN


DATE: May 21, 2008                McGREGOR W. SCOTT
                                  United States Attorney


                          By:     /s/ Ellen V. Endrizzi
                                  ELLEN V. ENDRIZZI
                                  Assistant U.S. Attorney



IT IS SO ORDERED.

DATE:05/23/08                     /s/ Gregory G. Hollows

                                  HON. GREGORY G. HOLLOWS
                                  U.S. Magistrate Judge

coffman.ord