JOHN BALAZS, Bar No. 157287
Attorney At Law
916 Second Street, Suite F
Sacramento, California 95814
Telephone: (916) 447-9299
John@Balazslaw.com

Attorney for Defendant
JOSHUA COFFMAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. No. 08-0093-FCD |
| Plaintiff, | STIPULATION AND ORDER TO DELETE SPECIAL CONDITION OF RELEASE #11 FOR DEFENDANT JOSHUA COFFMAN |
| v. | |
| JOSHUA COFFMAN, | |
| Defendant. | |

Defendant Joshua Coffman, through his attorney John Balazs, and the United States, through its attorney, Assistant U.S. Attorney Ellen V. Endrizzi, hereby stipulate and request that the Court delete special condition #11 from Mr. Coffman's "Special Conditions of Release," which was filed April 15, 2008 (document 75). All other conditions shall remain in effect. U.S. Pretrial Services Officer Gina Faubion concurs with this request.

The reason for this request is that the U.S. Pretrial services believes that the drug and alcohol testing set forth as special condition number 11 is unnecessary in this case. Mr. Coffman had only a slight history of marijuana use and has been extensively tested for for over nine months with no positive drug tests.

///

///

Thus, the parties stipulate that the court delete special condition number 11 from his special conditions of release.

**IT IS SO STIPULATED**.

DATE: January 15, 2009          /s/ John Balazs
                                JOHN BALAZS
                                Attorney for Defendant
                                JOSHUA COFFMAN

DATE: January 15, 2009          McGREGOR W. SCOTT
                                United States Attorney

                          By:   /s/ Ellen V. Endrizzi
                                ELLEN V. ENDRIZZI
                                Assistant U.S. Attorney

IT IS SO ORDERED.

DATE: January 20, 2009          /s/ Gregory G. Hollows
                                HON. GREGORY G. HOLLOWS
                                U.S. Magistrate Judge

coffman.ord2

-2-