**JAMES R. GREINER, ESQ.**
CALIFORNIA STATE BAR NUMBER 123357
**LAW OFFICES OF JAMES R. GREINER**
555 UNIVERSITY AVENUE, SUITE 290
SACRAMENTO, CALIFORNIA 95825
TELEPHONE: (916) 649-2006
FAX: (916) 920-7951

ATTORNEY FOR DEFENDANT
DOMONIC McCARNS

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | CR. S-08-0093-FCD |
| ) | |
| PLAINTIFF,  ) | STIPULATION AND ORDER |
| ) | TO CONTINUE THE STATUS |
| v.  ) | CONFERENCE TO MONDAY |
| ) | FEBRUARY 22, 2010 |
| CHARLES HEAD, et al.,  ) | |
| ) | |
| DEFENDANTS.  ) | |
| _____ ) | |

The parties to this litigation, the Unites States of America, represented by Assistant United States Attorneys Ms. Ellen Endrizzi, and Mr. Matthew C. Stegman and the defendants (hereinafter referred to as the defendants): 1-Charles Head, represented by attorney, Mr. Scott L. Tedmon; 2-Jeremy Head, represented by attorney, Mr. Christopher Hayden-Myer; 3- Leonard Bernot, represented by attorney, Mr. Bruce Locke; 4- Joshua Coffman, represented by attorney Mr. John P. Balazs; 5- John Corcoran, represented by attorney, Mr. Matthew C. Bockmon; 6- Sarah Mattson, represented by attorney, Mr. Joseph J. Wiseman; 7- Omar Sandoval, represented by attorney, Mr. Michael B. Bigelow; 8- Xochitl Sandoval, represented by attorney, Ms. Candace A. Fry; 9-Eduardo Vanegas, represented by attorney, Mr. Peter Kmeto; 10- Justin Wiley, represented by attorney, Mr. Clyde M. Blackmon; 11- Kou Yang, represented by attorney, Mr. Joseph Low, IV;  and 12-Domonic

1 McCarns, represented by attorney, Mr. James R. Greiner, hereby agree and stipulate
2 that the current date for the status conference currently set for, Monday, October 5,
3 2009, is hereby vacated and can be rescheduled for Monday, February 22, 2010, at
4 10:00 a.m. in Courtroom #2 before the Honorable District Court Judge, Frank C.
5 Damrell, Jr..

6       Further, all of the parties, the United States of America and all of the defendants
7 as stated above, hereby agree and stipulate that time under the speedy trial Act can be
8 excluded under Title 18 section 3161(h)(7)(B)(ii) and section 3161(h)(7)(B)(iv),
9 corresponding to Local code T-2 (the complexity of the case) and Local Code T-4 (to
10 allow counsel time to prepare).

11       Since the last Order of this Court to continue the status conference (Court Order
12 signed on June 25, 2009, see Docket Entry # 273) the following has occurred in the
13 case:

14       On August 6, 2009, the Court signed an Order appointing, Mr. Peter Kmeto, as
15 new counsel for defendant Eduardo Venegas.  (See Docket Entry # 278).

16       On August 20, 2009, the Court signed an Order appointing, Mr. Joseph J.
17 Wiseman, as new counsel for defendant Sara Matson. (See Docket Entry # 283)

18       On September 29, 2009, the government produced over 101,500 pages of new
19 and additional discovery in this case (the total amount of discovery produced by the
20 government to date is over approximately 292,000 pages). The government has
21 represented to defense counsel that there is still more discovery to be produced in this
22 case.

23       The parties agree and stipulate that with the recent appointment of two new
24 defense counsel to the case and the production by the government of over 101,500
25 pages of new and additional discovery, the interest of justice in granting this
26 reasonable request for a continuance outweighs all other interests in this case for a
27 speedy trial in this case, pursuant to Title 18 section 3161(h)(7)(B)(ii) and section
28

3161(h)(7)(B)(iv), corresponding to Local code T-2 (the complexity of the case) and Local Code T-4 (to allow counsel time to prepare).

The Court's Courtroom deputy, Ms. Michele Krueger, was contacted to ensure the Court was available on Monday, February 22, 2010, and the Court is available. There are no motion schedule dates set in the case. There is no trial date set in the case.

Respectfully submitted:

LAWRENCE G. BROWN
ACTING UNITED STATES ATTORNEY

/s/ Ellen Endrizzi by telephone authorization

DATED: 10-1-09    _____
Ellen Endrizi
ASSISTANT UNITED STATES ATTORNEY
ATTORNEY FOR THE PLAINTIFF

DATED: 10-1-09
/s/ Scott Tedmon  by telephone authorization
_____
Scott Tedmon
Attorney for Defendant Charles Head

DATED: 10-1-09    /s/ Christopher Hayden-Myer by telephone authorization
_____
Christopher Hayden-Myer
Attorney for Defendant Jeremy Head

DATED: 10-1-09    /s/ Bruce Locke by e mail authorization
_____
Bruce Locke
Attorney for Defendant Leonard Bernot

DATED: 10-1-09    /s/ John Balazs by e mail authorization
_____
John Balazs
Attorney for Defendant Joshua Coffman

DATED: 10-1-09    /s/ Matthew Bockmon by e mail authorization
_____
Matthew Bockmon
Attorney for Defendant John Corcoran

3

DATED: 10-1-09         /s/ Joseph Wiseman by telephone authorization
                       _____
                       Joseph Wiseman
                       Attorney for Defendant Sarah Mattson

DATED: 10-1-09         /s/Michael Bigelow by telephone authorization
                       _____
                       Michael Bigelow
                       Attorney for Defendant Omar Sandoval

DATED: 10-1-09         /s/ Candace Fry by telephone authorization
                       _____
                       Candace Fry
                       Attorney for Defendant Xochitl Sandoval

DATED: 10-1-09         /s/ Peter Kmeto by e mail authorization
                       _____
                       Peter Kmeto
                       Attorney for Defendant Eduardo Vanegas

DATED: 10-1-09         /s/ Clyde Blackmon by e mail authorization
                       _____
                       Clyde Blackmon
                       Attorney for Defendant Justin Wiley

DATED: 10-1-09         /s/ Joseph Low, IV by telephone authorization
                       _____
                       Joseph Low, IV
                       Attorney for Defendant Kou Yang

DATED: 10-1-09         /s/ James R. Greiner
                       _____
                       James R. Greiner
                       Attorney for Defendant Dominic McCarns

**FOR GOOD CAUSE SHOW, IT IS SO ORDERED.**

DATED: October 1, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

4