LAW OFFICES OF SCOTT L. TEDMON
A Professional Corporation
SCOTT L. TEDMON, CA. BAR # 96171
11300 Trade Center Drive, Suite B
Rancho Cordova, California 95742
Telephone: (916) 441-4540
Facsimile:  (916) 441-4760
Email: tedmonlaw@comcast.net

Attorney for Defendant
CHARLES HEAD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,        ) | |
| ) | |
| Plaintiff,        ) | No. CR. S-08-0093 FCD |
| ) | |
| ) | STIPULATION AND ORDER |
| v.        ) | CONTINUING STATUS |
| ) | CONFERENCE; EXCLUSION OF TIME |
| CHARLES HEAD, et al.,        ) | |
| ) | |
| Defendants.        ) | |
| _____) | |

      The United States of America, through Assistant U.S. Attorney Ellen V. Endrizzi, and defendant Charles Head, through his counsel Scott L. Tedmon; defendant Jeremy Head, through his counsel Christopher Haydn-Myer; defendant Leonard Bernot, through his counsel Bruce Locke; defendant Joshua Coffman, through his counsel John Balazs; defendant John Corcoran, through his counsel Matthew C. Bockmon; defendant Sarah Mattson, through her counsel Joseph J. Wiseman; defendant Domonic McCarns, through his counsel James R. Greiner; defendant Omar Sandavol, through his counsel Michael B. Bigelow; defendant Xochitl Sandoval, through her counsel Candace A. Fry; defendant Eduardo Vanegas, through his counsel Peter Kmeto; and defendant Kou Yang, through her counsel Joseph H. Low IV, hereby stipulate that the Status Conference set for Monday, February 22, 2010 at 10:00 a.m., be continued to Monday, May 24, 2010 at 10:00 a.m. before United States District Judge Frank C. Damrell, Jr.

      The government has provided over 290,000 pages of discovery to defense counsel. Counsel for the various defendants are in the midst of reviewing this large volume of discovery and need

- 1 -

1 additional time to continue that process as well as identify legal issues and discuss the matter with
2 their respective clients.

3 As such, government and defense counsel stipulate it is appropriate to continue the current
4 status conference to Monday, May 24, 2010 at 10:00 a.m.  Michele Krueger has approved the May
5 24, 2010 hearing date.  No jury trial date has been set in this case.

6 The parties stipulate the Court should find that time be excluded through May 24, 2010 under
7 the Speedy Trial Act based on complexity and the need of counsel to prepare pursuant to 18 U.S.C.
8 §3161(h)(8)(B)(ii) and (iv); Local Code T2 and Local Code T4.  The parties stipulate and agree that
9 the interests of justice served by granting this continuance outweigh the best interests of the public
10 and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).

11 Finally, Scott L. Tedmon has been authorized by counsel to sign this stipulation on their
12 behalf.

13 **IT IS SO STIPULATED.**

14 DATED: February 18, 2010            BENJAMIN B. WAGNER
                                       United States Attorney
15
                                        /s/ Ellen V. Endrizzi
16                                     ELLEN V. ENDRIZZI
                                       Assistant U.S. Attorney
17

18 DATED: February 18, 2010            LAW OFFICES OF SCOTT L. TEDMON

19                                      /s/ Scott L. Tedmon
                                       SCOTT L. TEDMON
20                                     Attorney for Defendant Charles Head

21
   DATED: February 18, 2010            LAW OFFICE OF CHRISTOPHER HAYDN-MYER
22
                                        /s/ Christopher Haydn-Myer
23                                     CHRISTOPHER HAYDN-MYER
                                       Attorney for Defendant Jeremy Head
24

25 DATED: February 18, 2010            LAW OFFICES OF MOSS & LOCKE

26                                      /s/ Bruce Locke
                                       BRUCE LOCKE
27                                     Attorney for Defendant Leonard Bernot

28

| | |
|---|---|
| DATED: February 18, 2010 | LAW OFFICE OF JOHN BALAZS |
| | /s/ John Balazs<br>JOHN BALAZS<br>Attorney for Defendant Joshua Coffman |
| DATED: February 18, 2010 | OFFICE OF THE FEDERAL DEFENDER |
| | /s/ Matthew Bockmon<br>MATTHEW BOCKMON<br>Attorney for Defendant John Corcoran |
| DATED: February 18, 2010 | LAW OFFICES OF JOSEPH WISEMAN |
| | /s/ Joseph Wiseman<br>JOSEPH J. WISEMAN<br>Attorney for Defendant Sarah Mattson |
| DATED: February 18, 2010 | LAW OFFICES OF JAMES R. GREINER |
| | /s/ James R. Greiner<br>JAMES R. GREINER<br>Attorney for Defendant Domonic McCarns |
| DATED: February 18, 2010 | LAW OFFICE OF MICHAEL B. BIGELOW |
| | /s/ Michael B. Bigelow<br>MICHAEL B. BIGELOW<br>Attorney for Defendant Omar Sandoval |
| DATED: February 18, 2010 | LAW OFFICE OF CANDACE A. FRY |
| | /s/ Candace A. Fry<br>CANDACE A. FRY<br>Attorney for Defendant Xochitl Sandoval |
| DATED: February 18, 2010 | LAW OFFICES OF PETER KMETO |
| | /s/ Peter Kmeto<br>PETER KMETO<br>Attorney for Defendant Eduardo Vanegas |
| DATED: February 18, 2010 | THE LAW FIRM OF JOSEPH H. LOW IV |
| | /s/ Joseph H. Low IV<br>JOSEPH H. LOW IV<br>Attorney for Defendant Kou Yang |

**ORDER**

GOOD CAUSE APPEARING and based upon the above stipulation, IT IS HEREBY ORDERED that the Status Conference now scheduled for Monday, February 22, 2010 at 10:00 a.m., is hereby continued to Monday, May 24, 2010 at 10:00 a.m., before the Honorable Frank C. Damrell, Jr. Based upon the above stipulation, the Court finds that time be excluded under the Speedy Trial Act for complexity and need of counsel to prepare pursuant to 18 U.S.C. §3161(h)(8)(B)(ii) and (iv), Local Code T2 and Local Code T4, through the Status Conference date of May 24, 2010.  The Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).

**IT IS SO ORDERED.**

DATED: February 18, 2010

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE