JOHN BALAZS, Bar #157287
Attorney At Law
916 2nd Street, Suite F
Sacramento, California 95814
Telephone: (916) 447-9299
John@Balazslaw.com

Attorney for Defendant
JOSHUA COFFMAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-08-93-FCD |
| Plaintiff, ) | |
| v. ) | **WAIVER OF PERSONAL APPEARANCE ATARRAIGNMENT ON SUPERSEDING INDICTMENT; and ORDER** |
| JOSHUA COFFMAN, ) | |
| Defendant. ) | |

Pursuant to Federal Rule of Criminal Procedure 10(b)(2), defendant Joshua Coffman, in the above matter, hereby waives the right to be present in person in open court upon the arraignment on the Superseding Indictment in this case. Mr. Coffman was present at the arraignment on the initial Indictment and has previously filed a general waiver of appearance in this case. Mr. Coffman resides in Southern California and is being supervised by pretrial services in the Central District of California.

///

///

///

I, Joshua Coffman, affirm that I have received a copy of the Superseding Indictment and that I plead not guilty to the charges against me.

Dated: March 2, 2010

/s/ Joshua Coffman
JOSHUA COFFMAN
Defendant [original signature on file]

Dated: March 2, 2010

/s/ John Balazs
JOHN BALAZS

Attorney for Defendant
JOSHUA COFFMAN

## ORDER

IT IS SO ORDERED that the defendant's waiver of personal appearance at the arraignment on the Superseding Indictment is GRANTED.

Dated: March 2, 2010.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE