JOHN BALAZS, Bar No. 157287
Attorney At Law
916 Second Street, Suite F
Sacramento, California 95814
Telephone: (916) 447-9299
John@Balazslaw.com

Attorney for Defendant
JOSHUA COFFMAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR No. 08-0093-FCD |
| Plaintiff, | STIPULATION AND ORDER TO AMEND CONDITIONS OF RELEASE FOR DEFENDANT JOSHUA COFFMAN |
| v. | |
| JOSHUA COFFMAN, | |
| Defendant. | |

    Defendant Joshua Coffman, through his attorney John Balazs, and the United States, through its attorney, Assistant U.S. Attorney Matthew C. Stegman, hereby stipulate and request that the Court modify the conditions of release by amending the travel restriction to permit Mr. Coffman to reside and travel within the Eastern District of Pennsylvania as well as the Eastern District of California. All other conditions shall remain in effect. U.S. Pretrial Services Officer Gina Faubion approved of Mr. Coffman's change of residence to live with his mother in Pennsylvania and concurs with this request.

    Thus, the parties stipulate that the Court amend special condition number 4 to permit travel within the Eastern District of Pennsylvania such that Mr. Coffman's current conditions or release would be set forth in the "<u>Amended</u> Conditions of Release," which are attached to this stipulation and order.

///

The parties so stipulate.

DATE: August 31, 2010

/s/ John Balazs
JOHN BALAZS
Attorney for Defendant
JOSHUA COFFMAN

DATE: August 31, 2010

BENJAMIN B. WAGNER
United States Attorney

By:  /s/ Matthew C. Stegman
MATTHEW C. STEGMAN
Assistant U.S. Attorney

This order permitting pretrial residence in the Eastern District of Pennsylvania does not authorize defendant to seek pre-paid travel funds or reimbursement for travel to and from court appearances in this District.

IT IS SO ORDERED.

DATE: September 2, 2010

/s/ Gregory G. Hollows
Hon. Gregory G. Hollows
U.S. Magistrate Judge

coffman.ord3

**AMENDED SPECIAL CONDITIONS OF RELEASE**

          RE:    Joshua Coffman
                   Doc. No. 08-CR-0093 FCD

1. You shall report to and comply with the rules and regulations of the Pretrial Services Agency;

2. You shall report in person to the Pretrial Services Agency on the first working day following your release from custody;

3. You are to reside at a location approved by the pretrial services officer and not move or absent yourself from this residence without the prior approval of the pretrial services officer;

4. **Your travel is restricted to the Eastern District of California and Eastern District of Pennsylvania without the prior consent of the pretrial services officer;**

5. You shall not possess a firearm, destructive device, or other dangerous weapon; additionally, you shall provide written proof of divestment of all firearms currently under your control;

6. You shall seek and/or maintain employment as approved by Pretrial Services and provide proof of the same as requested by your pretrial services officer;

7. You shall report any contact with law enforcement to your pretrial services officer within 24 hours;

8. You shall surrender your passport to the Clerk of the U.S. District Court and you shall not apply for any travel documents during the pendency of this case;

9. You shall not have contact with the co-defendants in this case with the exception of Justin Wiley unless in the presence of defense counsel;

10. You shall refrain from excessive use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you shall notify Pretrial Services immediately of any prescribed medications. However, medical marijuana, prescribed or not, may not be used.

Date:   August 31, 2010

-3-