1  **JAMES R. GREINER, ESQ.**
   CALIFORNIA STATE BAR NUMBER 123357
2  **LAW OFFICES OF JAMES R. GREINER**
   555 UNIVERSITY AVENUE, SUITE 290
3  SACRAMENTO, CALIFORNIA 95825
   TELEPHONE: (916) 649-2006
4  FAX: (916) 920-7951

5  ATTORNEY FOR DEFENDANT
   DOMONIC McCARNS

6

7         IN THE UNITED STATES DISTRICT COURT FOR THE

8                EASTERN DISTRICT OF CALIFORNIA

9
   UNITED STATES OF AMERICA,     )     NO. CR. S-08-0093-FCD
10                                )
          PLAINTIFF,              )     STIPULATION AND ORDER
11                                )     TO CONTINUE THE STATUS
          v.                      )     CONFERENCE TO MONDAY
12                                )     DECEMBER 6, 2010
   CHARLES HEAD, et al.,          )
13                                )
          DEFENDANTS.             )
14                                )
   _____)
15

16        The parties to this litigation, the Unites States of America, represented by

17  Assistant United States Attorney Mr. Matthew C. Stegman and the defendants

18  (hereinafter referred to as the defendants): 1-Charles Head, represented by attorney,

19  Mr. Scott L. Tedmon; 2-Jeremy Head, represented by attorney, Mr. Christopher

20  Hayden-Myer; 3- Leonard Bernot, represented by attorney, Mr. Bruce Locke; 4-

21  Joshua Coffman, represented by attorney Mr. John P. Balazs;

22  5- John Corcoran, represented by attorney, Mr. Matthew C. Bockmon; 6- Sarah

23  Mattson, represented by attorney, Mr. Joseph J. Wiseman; 7- Omar Sandoval,

24  represented by attorney, Mr. Michael B. Bigelow; 8- Xochitl Sandoval, represented by

25  attorney, Ms. Candace A. Fry; 9- Kou Yang, represented by attorney, Mr. Joseph

26  Low, IV;  and 10-Domonic McCarns, represented by attorney, Mr. James R. Greiner,

27  hereby agree and stipulate that the current date for the status conference currently set

28                                    1

for, **Monday, September 27, 2010**, is hereby vacated and can be rescheduled for

**Monday, December 6, 2010,** at 10:00 a.m. in Courtroom #2 before the Honorable

District Court Judge, Frank C. Damrell, Jr..

Further, all of the parties, the United States of America and all of the defendants

as stated above, hereby agree and stipulate that time under the speedy trial Act can be

excluded under Title 18 section 3161(h)(7)(B)(ii) and section 3161(h)(7)(B)(iv),

corresponding to Local code T-2 (the complexity of the case) and Local Code T-4 (to

allow defense counsel reasonable time to prepare and continuity of counsel).

### NEW DISCOVERY FROM THE GOVERNMENT

The government on September 23, 2010,  has produced additional new

discovery. The new discovery is on an External hard drive and takes up approximately

738 GB.[1] In addition, the defense is in the process of determining how to get copies of

the material to all the defense counsel so they may begin the review of the new

discovery. This new discovery, 738 GB of information, is in addition to the already

over 290,000 documents the government had previously produced.

The parties agree and stipulate that, the interest of justice in granting this

reasonable request for a continuance outweighs all other interests in this case for a

speedy trial in this case, pursuant to Title 18 section 3161(h)(7)(B)(ii) and section

3161(h)(7)(B)(iv), **corresponding to Local code T-2** (the complexity of the case) and

**Local Code T**-4 (to allow defense counsel reasonable time to prepare and for

continuity of defense counsel).

The Court's Courtroom deputy, Ms. Michele Krueger, was contacted to ensure

---

[1]The defense is having an outside company open the External Hard drive as the

defense does not have a program that will open the program that the government has the

information in.

2

the Court was available on **Monday, December 6, 2010**, and the Court is available.

Respectfully submitted:

BENJAMIN B. WAGNER
UNITED STATES ATTORNEY

/s/ Matthew Stegman by e mail authorization

DATED: 9-23-10
_____
Matthew Stegman
ASSISTANT UNITED STATES ATTORNEY
ATTORNEY FOR THE PLAINTIFF

DATED: 9-23-10
/s/ Scott Tedmon  by e mail authorization
_____
Scott Tedmon
Attorney for Defendant Charles Head

DATED: 9-23-10
/s/ Christopher Hayden-Myer by telephone authorization
_____
Christopher Hayden-Myer
Attorney for Defendant Jeremy Head

DATED: 9-23-10
/s/ Bruce Locke by e mail authorization
_____
Bruce Locke
Attorney for Defendant Leonard Bernot

DATED: 9-23-10
/s/ John Balazs by e mail authorization
_____
John Balazs
Attorney for Defendant Joshua Coffman

DATED: 9-23-10
/s/ Matthew Bockmon by e mail authorization
_____
Matthew Bockmon
Attorney for Defendant John Corcoran

DATED: 9-23-10
/s/ Joseph Wiseman by e mail authorization
_____
Joseph Wiseman
Attorney for Defendant Sarah Mattson

DATED: 9-23-10
/s/Michael Bigelow by e mail authorization
_____
Michael Bigelow
Attorney for Defendant Omar Sandoval

DATED: 9-23-10                    /s/ Candace Fry by e mail authorization
_____
                                  Candace Fry
                                  Attorney for Defendant Xochitl Sandoval

DATED: 9-23-10                    /s/ Joseph Low, IV by telephone authorization
_____
                                  Joseph Low, IV
                                  Attorney for Defendant Kou Yang

DATED: 9-23-10                    /s/ James R. Greiner
_____
                                  James R. Greiner
                                  Attorney for Defendant Dominic McCarns

## ORDER

Based upon the representations of counsel, the record in this case, and the agreements and stipulations between  counsel in the case, and that

The parties agree and stipulate that this Court can make the appropriate findings supported by the record in this case that this case is complex pursuant to the Speedy Trial Act, **Title 18 U.S.C. section 3161(h)(7)(B)(ii) and local code T-2,** which allows the Court to make the finding that this case is so unusual or so complex**,** due to the nature of the prosecution, and/or the existence of novel questions of fact or law, and/or, the existence of the amount of discovery (the newly produced discovery which is approximately 738 GB of information along with the over 290,00 pages of discovery previously discovered by the government), that it is unreasonable to expect adequate preparation for pretrial proceedings or the trial itself within the time limits established by the Speedy Trial Act.  In addition, the Court can make a finding from the record in this case, that time shall also be excluded under **local code T**-4, that time is to be excluded  for the reasonable time necessary for effective preparation by defense counsel, continuity of defense counsel and **Title 18 U.S.C. section 3161(h)(7)(B)(iv)**, of the speedy trial act**.**

1    The Status Conference currently set for **Monday, September 27, 2010, is**
2    **vacated**, and the **new Status Conference is set for Monday, December 6, 2010**,
3    with time excluded under the Speedy Trial Act **from Monday, September 27, 2010**,
4    **through to and including Monday, December 6, 2010,** for the reasons agreed to and
5    stipulated by the parties and as stated herein.

7            **FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

10   DATED: September 24, 2010

13   FRANK C. DAMRELL, JR.
     UNITED STATES DISTRICT JUDGE