1   LAW OFFICES OF SCOTT L. TEDMON
    A Professional Corporation
2   SCOTT L. TEDMON, CA. BAR # 96171
    1050 Fulton Avenue, Suite 218
3   Sacramento, California 95825
    Telephone: (916) 482-4545
4   Facsimile:  (916) 482-4550
    Email: tedmonlaw@comcast.net
5
    Attorney for Defendant
6   CHARLES HEAD

7               IN THE UNITED STATES DISTRICT COURT
8             FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10  UNITED STATES OF AMERICA,          )
                                       )
11            Plaintiff,               )    No. 2:08-cr-0093 KJM
                                       )
12                                     )    STIPULATION AND ORDER
         v.                            )    CONTINUING STATUS CONFERENCE;
13                                     )    EXCLUSION OF TIME
    CHARLES HEAD, et al.,              )
14                                     )
              Defendants.              )
15  _____)

16       The United States of America, through Assistant U.S. Attorney Matthew Stegman, and

17  defendant Charles Head, through his counsel Scott L. Tedmon; defendant Jeremy Head, through his

18  counsel Christopher Haydn-Myer; defendant Leonard Bernot, through his counsel Bruce Locke;

19  defendant Joshua Coffman, through his counsel John Balazs; defendant John Corcoran, through his

20  counsel Matthew C. Bockmon; defendant Sarah Mattson, through her counsel Joseph J. Wiseman;

21  defendant Domonic McCarns, through his counsel James R. Greiner; defendant Omar Sandavol,

22  through his counsel Michael B. Bigelow; defendant Xochitl Sandoval, through her counsel Candace

23  A. Fry; and defendant Kou Yang, through her counsel Joseph H. Low IV, hereby stipulate that the

24  Status Conference set for Thursday, May 12, 2011 at 10:00 a.m., be continued to Thursday, June 2,

25  2011 at 10:00 a.m. before United States District Judge Kimberly J. Mueller.

26       The government has provided over 290,000 pages of discovery to defense counsel.  Counsel

27  for the various defendants are in the midst of reviewing this large volume of discovery and need

28  additional  time  to  continue  that  process  as  well  as  identify  legal  issues,  conduct  defense

1    investigation, and discuss the matter with their respective clients.

2         As such, government and defense counsel stipulate it is appropriate to continue the current

3    status conference to Thursday, June 2, 2011 at 10:00 a.m.  Courtroom Deputy Clerk Casey Schultz

4    has advised the Court is available for a status conference on June 2, 2011 at 10:00 a.m.  No jury trial

5    date has been set in this case.

6         The parties stipulate the Court should find that time be excluded through June 2, 2011 under

7    the Speedy Trial Act based on complexity and the need of counsel to prepare pursuant to 18 U.S.C.

8    §3161(h)(8)(B)(ii) and (iv); Local Code T2 and Local Code T4.  The parties stipulate and agree that

9    the interests of justice served by granting this continuance outweigh the best interests of the public

10   and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).

11        Finally, Scott L. Tedmon has been authorized by counsel to sign this stipulation on their

12   behalf.

13   **IT IS SO STIPULATED.**

14   DATED: May 2, 2011            BENJAMIN B. WAGNER
                                   United States Attorney
15
                                    /s/ Matthew Stegman
16                                 MATTHEW STEGMAN
                                   Assistant U.S. Attorney
17

18   DATED: May 2, 2011            LAW OFFICES OF SCOTT L. TEDMON

19                                  /s/ Scott L. Tedmon
                                   SCOTT L. TEDMON
20                                 Attorney for Defendant Charles Head

21

22   DATED: May 2, 2011            LAW OFFICE OF CHRISTOPHER HAYDN-MYER

23                                  /s/ Christopher Haydn-Myer
                                   CHRISTOPHER HAYDN-MYER
24                                 Attorney for Defendant Jeremy Head

25   DATED: May 2, 2011            LAW OFFICES OF MOSS & LOCKE

26                                  /s/ Bruce Locke
                                   BRUCE LOCKE
27                                 Attorney for Defendant Leonard Bernot

28

| | |
|---|---|
| 1 | DATED: May 2, 2011 |

DATED: May 2, 2011       LAW OFFICES OF JOHN BALAZS

/s/ John Balazs
JOHN BALAZS
Attorney for Defendant Joshua Coffman

DATED: May 2, 2011       OFFICE OF THE FEDERAL DEFENDER

/s/ Matthew Bockmon
MATTHEW BOCKMON
Attorney for Defendant John Corcoran

DATED: May 2, 2011       LAW OFFICES OF JOSEPH WISEMAN

/s/ Joseph Wiseman
JOSEPH J. WISEMAN
Attorney for Defendant Sarah Mattson

DATED: May 2, 2011       LAW OFFICES OF JAMES R. GREINER

/s/ James R. Greiner
JAMES R. GREINER
Attorney for Defendant Domonic McCarns

DATED: May 2, 2011       LAW OFFICES OF MICHAEL B. BIGELOW

/s/ Michael B. Bigelow
MICHAEL B. BIGELOW
Attorney for Defendant Omar Sandoval

DATED: May 2, 2011       LAW OFFICES OF CANDACE A. FRY

/s/ Candace A. Fry
CANDACE A. FRY
Attorney for Defendant Xochitl Sandoval

DATED: May 2, 2011       THE LAW FIRM OF JOSEPH H. LOW IV

/s/ Joseph H. Low IV
JOSEPH H. LOW IV
Attorney for Defendant Kou Yang

1

**<u>ORDER</u>**

2      GOOD CAUSE APPEARING and based upon the above stipulation, IT IS HEREBY

3   ORDERED that the Status Conference now scheduled for Thursday, May 12, 2011 at 10:00 a.m.,

4   is hereby continued to Thursday, June 2, 2011 at 10:00 a.m., before the Honorable Kimberly J.

5   Mueller.  Based upon the above stipulation, the Court finds that time be excluded under the Speedy

6   Trial Act for complexity and need of counsel to prepare pursuant to 18 U.S.C. §3161(h)(8)(B)(ii)

7   and (iv), Local Code T2 and Local Code T4, through the Status Conference date of June 2, 2011.

8    The Court finds that the interests of justice served by granting this continuance outweigh the best

9   interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).

10      **IT IS SO ORDERED.**

11   DATED:  May 3, 2011.

12   _____

13                 UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 4 -