BENJAMIN B. WAGNER
United States Attorney
MICHAEL D. ANDERSON
MATTHEW G. MORRIS
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900


Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>JOSHUA COFFMAN,<br>DOMONIC MCCARNS,<br>AHN NGUYEN,<br><br>　　　　　　Defendants. | CASE NO.  2:08-CR-093-KJM<br><br>ORDER REGARDING TRIAL DATE AND OTHER HEARINGS AS TO JOSHUA COFFMAN, DOMONIC MCCARNS, AND AHN NGUYEN |
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>CHARLES HEAD,<br>BENJAMIN BUDOFF,<br>DOMONIC MCCARNS,<br><br>　　　　　　Defendants. | CASE NO.  2:08-CR-116-KJM<br><br>ORDER RESETTING TRIAL DATE AND FINDING EXCLUDABLE TIME AS TO DEFENDANTS CHARLES HEAD, BENJAMIN BUDOFF, AND DOMONIC MCCARNS |

　　　　These matters came before the Court for a status conference on August 14, 2013 at 10:15 a.m.  The United States was represented in both cases by Assistant United States Attorneys Michael D. Anderson and Matthew G. Morris.  Attorney Scott Tedmon appeared for Charles Head who was personally present in Case

1

No. 08-116. Attorney Tedmon also appeared for John Balazs on behalf of Joshua Coffman whose personal appearance was waived by an order signed by the Court in Case No. 08-093. Attorney Jay Greiner appeared on behalf of Domonic McCarns in both cases. Attorney Michael Long appeared on behalf of Ahn Nguyen whose personal appearance was waived by an order signed by the Court in Case No. 08-093. Attorney Dwight Samuel appeared on behalf of Benjamin Budoff whose personal appearance was waived by an order signed by the Court in Case No. 08-116.

At the request of all counsel in Case No. 08-093, the Court left in place the currently scheduled motion hearing as to Ahn Nguyen, and the trial confirmation hearing and trial date for Joshua Coffman, Domonic McCarns, and Ahn Nguyen. Counsel agreed to confer to see if a stipulation could be reached regarding the pending motion to continue, severance and continuance of trial for defendant Ahn Nguyen.

In Case No. 08-116, defendant Charles Head moved through counsel to continue the previously scheduled trial date of September 9, 2013 in order to allow sufficient time for counsel to prepare for trial, including time to interview a large number of witnesses and review discovery specific to the defense of Case No. 08-116. Counsel represented to the court that he could be ready for trial on October 21, 2013 but no earlier, and that the continuance was necessary in order to effectively represent his client. Defendants Budoff and McCarns indicated through counsel that they did not oppose this request and that it would be reasonable to continue the trial date for all three defendants. Counsel for the government objected to the requested continuance and, in the alternative, requested that it be the shortest possible continuance necessary for defense counsel to adequately prepare for trial. The Court ordered the trial continued to October 21, 2013 in order to allow reasonable time for defense counsel to prepare for trial. It further ordered that a Trial Confirmation Hearing be scheduled for September 25, 2013 and that the status conference currently scheduled for September 4, 2013 remain on calendar.

IT IS HEREBY ORDERED THAT IN CASE NO. 2:08-cr-093-KJM:

1. The following hearing has been set as to defendant Ahn Nguyen:

   a. Status Conference: November 13, 2013 at 9:00 a.m.

2. That the currently scheduled hearings remain set as follows as to defendants Joshua Coffman and Domonic McCarns:

      a. Trial Confirmation Hearing:  September 25, 2013 at 9:00 a.m.

      b. Jury Trial:  November 4, 2013 at 9:00 a.m.

3. Based on the parties' representations, the court has previously found that time should be excluded under the Speedy Trial Act through November 4, 2013, under local codes T-2 and T-4, 18 U.S.C. § 3161(h)(7)(A) and (B)(ii) and (iv). [See 4/3/2013 minutes at ECF 663.]

IT IS FURTHER ORDERED THAT IN CASE NO. 2:08-cr-116-KJM:

1. That the currently scheduled trial date of September 9, 2013, is vacated and reset for October 21, 2013 at 9:00 a.m. for defendants Charles Head, Benjamin Budoff, and Domonic McCarns.  Trial confirmation is set for September 25, 2013 at 9:00 a.m. and status conference is set for September 4, 2013 at 9:00 a.m.

2. Based on counsel and the parties' representations, the court finds that this continuance is necessary to allow defense counsel sufficient time to prepare in this complex case and that the ends of justice in granting this continuance outweigh the best interest of the public and defendants in a speedy trial.  Accordingly, time under the Speedy Trial Act shall be excluded through October 21, 2013 under local codes T-2 and T-4, 18 U.S.C. § 3161(h)(7)(A) and (B)(ii) and (iv).

IT IS SO ORDERED

Dated:  August 21, 2013

_____
UNITED STATES DISTRICT JUDGE