1  JOHN BALAZS, Bar #157287
   Attorney At Law
2  916 2nd Street, Suite F
   Sacramento, California 95814
3  Telephone: (916) 447-9299
   John@Balazslaw.com
4

5  Attorney for Defendant
   JOSHUA COFFMAN
6

7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11
   UNITED STATES OF AMERICA,           No.  2:08-CR-0093-KJM
12
              Plaintiff,
13                                      STIPULATION AND ORDER FOR RETURN
        v.                              OF PASSPORT
14
   JOSHUA COFFMAN,
15
              Defendant.
16

17

18      On or about April 14, 2008, defendant Joshua Coffman surrendered his U.S. passport to

19 the Clerk's office pursuant to the Court's release order. On November 12, 2014, the Court

20 sentenced Mr. Coffman to 20 months in the custody of the Bureau of Prisons.

21      IT IS HEREBY STIPULATED between defendant Joshua Coffman, through counsel John

22 Balazs, and the United States, through its counsel, Assistant U.S. Attorney Michael Anderson,

23 that the Clerk's office release Mr. Coffman's U.S. passport to his attorney John Balazs.

24 ///

25 ///

26

27

28
                                            1

|   |   |
|---|---|
|   | Respectfully submitted, |
| Dated: December 30, 2014 |   |
|   | /s/ John Balazs<br>JOHN BALAZS |
|   | Attorney for Defendant<br>JOSHUA COFFMAN |
|   | BENJAMIN B. WAGNER<br>U.S. Attorney |
| Dated: December 30, 2014 |   |
|   | By: /s/ Michael Anderson<br>MICHAEL ANDERSON<br>Assistant U.S. Attorney |

## **ORDER**

IT IS SO ORDERED.

Dated: January 5, 2015

_____
UNITED STATES DISTRICT JUDGE

2