JOHN BALAZS, Bar #157287
Attorney At Law
916 2nd Street, Suite F
Sacramento, California 95814
Telephone: (916) 447-9299
John@Balazslaw.com

Attorney for Defendant
JOSHUA COFFMAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>JOSHUA COFFMAN,<br><br>　　　　　　Defendant. | No. 2:08-CR-0093-KJM<br><br>STIPULATION AND ORDER FOR RETURN OF PASSPORT |

On or about April 14, 2008, defendant Joshua Coffman surrendered his U.S. passport to the Clerk's office pursuant to the Court's release order. On November 12, 2014, the Court sentenced Mr. Coffman to 20 months in the custody of the Bureau of Prisons.

IT IS HEREBY STIPULATED between defendant Joshua Coffman, through counsel John Balazs, and the United States, through its counsel, Assistant U.S. Attorney Michael Anderson, that the Clerk's office release Mr. Coffman's U.S. passport to his attorney John Balazs.

///

///

1

                                                Respectfully submitted,

Dated: December 30, 2014

                                                /s/ John Balazs
                                                JOHN BALAZS

                                                Attorney for Defendant
                                                JOSHUA COFFMAN

                                                BENJAMIN B. WAGNER
                                                U.S. Attorney

Dated: December 30, 2014

                                     By:    /s/ Michael Anderson
                                                        MICHAEL ANDERSON
                                                        Assistant U.S. Attorney

## **ORDER**

IT IS SO ORDERED.

Dated: January 5, 2015

                                                UNITED STATES DISTRICT JUDGE