UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:08-CR-093 KJM |
| Plaintiff, | |
| v. | ORDER |
| JOSHUA COFFMAN, et al., | |
| Defendants. | |

On October 30, 2017, the court ordered defendant Joshua Coffman, jointly and severally with all other defendants convicted and sentenced in this case, to pay a total restitution of $7,364,387.04 and further ordered the clerk of the court to issue an amended judgment reflecting the restitution order. Order, ECF No. 1571; Ex. A, ECF No. 1571-1. The government's restitution memorandum requested $7,973,923.51 in total restitution, Mem., ECF No. 1444 at 24, though the sum of the individual restitution amounts the government requested for each victim, *id.* at 6-23, totaled $7,974,309.53. In its order, the court reduced the government's requested restitution "by subtracting $162,179.36 (the loss the government attributes to [victim] T.C./T.C.) because the record contradicts this figure, and $96,319.71, the difference between the loss the government says L.A. suffered ($260,697.40) and the loss L.A. says he suffered ($150,000)." Order at 1, 10. The court also addressed two government miscalculations by reducing the government's requested $119,015.45 in restitution for victim T.R. by $1, to $119,014.45, and reducing the government's

1

requested $121,801.40 in restitution for victims H.W. and A.W. by $385.02, to $121,416.38. *Id.* at 8 n.5, Ex. A. at 1-2 nn.1-2. No other adjustments were made. *See* Mot. at 10-13 (rejecting Coffman's arguments regarding his claimed credits, inability to pay and the amount estimated in his plea agreement).

Although $7,974,309.53, the sum of the government's individual restitution requests, less the court's reductions of $162,179.36, $96,319.71, $1.00 and $385.02, totals $7,715,424.44, the court awarded total restitution in the amount of $7,364,387.04. *See* Order at 13. And although the individual restitution amounts ordered for each identified victim, provided in Column E of Exhibit A, also totals $7,715,424.44, the court again provided a total restitution amount of $7,364,387.04 in Exhibit A. *See* Ex. A. Accordingly, there is a $351,037.40 discrepancy between the court's total award and the sum of the individual awards.

The court has identified the source of discrepancy. Although the court determined victim J.B. is entitled to $260,697.40 in restitution and victim O.K. is entitled to $90,340.00 in restitution, neither of those figures were included in the court's calculation of the total restitution owed. The omission of these figures created a $351,037.40 discrepancy between the individual and total restitution amounts identified by the court. The correct sum of the restitution owed to the victims is $7,715,424.44, not $7,364,387.04, and the court's reasoning, as well as all figures cited, confirm the court's mistake resulted from a purely clerical error or omission.

The court now notifies the parties of its clerical error and provides the parties with fourteen (14) days to respond. *See* Fed. R. Crim. P. 36 ("After giving any notice it considers appropriate, the court may at any time correct a clerical error in a judgment, order, or other part of the record, or correct an error in the record arising from oversight or omission."). If no objections are received, the court will enter an amended judgment reflecting the $7,715,424.44 in total restitution owed.

IT IS SO ORDERED.

DATED: February 27, 2019.

_____
UNITED STATES DISTRICT JUDGE